IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SPORT INTERNATIONAL, INC., et al.

    Plaintiffs

v.

WARNER BROS. INTERNATIONAL
TELEVISION DISTRIBUTION, INC.,
et al.

    Defendants

Civil No. 98-2357(SEC)

## JUDGMENT

On September 9, 1999 plaintiffs in the above-captioned case filed a motion requesting dismissal with prejudice **(Docket #3)**. Pursuant to plaintiffs' request, and under Fed.R.Civ.P. 41(a)(2), the above-captioned action is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _13_ day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)

