# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Sport International, Inc., et al.
Plaintiff(s)

vs.   Civil No. 98-2357 (SEC)

Warner Bros. International Television Distribution, Inc., et al.
Defendant(s)

RECEIVED & FILED
1999 SEP 17 AM 11: 59
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 9/14/99   DOCKET: 17   TITLE: Motion Requesting Dismissal With Prejudice

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED   [ ] DENIED

[ ] NOTED   [X] MOOT

## ADDITIONAL COMMENTS:

See Judgment of dismissal on September 14, 1999 (Docket # 16).

17-IX-99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

